KUTTROFF, PICKHARDT & CO. (INC.) *v.* UNITED STATES (No. 2365).[1]

CONSTRUCTION, SECTION 501, TARIFF ACT OF 1922—FINDING IN WRITING BY BOARD IN APPRAISEMENT APPEALS.

---

[1] T. D. 40316.

## United States Court of Customs Appeals, June 28, 1924

APPEAL from Board of United States General Appraisers, Reappraisement
Circular 34429

[Remanded.]

*Barnes, Wilson & Halstead* (*Frank M. Halstead* and *Albert MacC. Barnes* of
counsel) for appellant.

*William W. Hoppin* Assistant Attorney General (*John G. Lerch*, special at-
torney, of counsel), for the United States.

*Marion De Vries* (*De Vries, Doherty, Davis & Lamb* of counsel) amicus curiae.

[Oral argument May 23, 1924, by Mr. Halstead, Mr. Lerch, and Mr. De Vries]

Before MARTIN, Presiding Judge, and SMITH, BARBER, BLAND, and HATFIELD,
Associate Judges

BLAND, Judge, delivered the opinion of the court:

This appeal involves a number of close and important questions
with reference to the value, appraisement, and rate of duty on imported
dye. The decision of the Board of General Appraisers does not
comply with section 501 of the tariff act of 1922, which requires
that it state its findings of facts and conclusions of law. We here
adopt the decision of the court in Kuttroff, Pickhardt & Company
(Inc.) *v.* United States (12 Ct. Cust. Appls. 261; T. D. 40269), which
is controlling in the case.

The case is therefore remanded to the Board of General Appraisers
to enable it to make its findings of facts and conclusions of law as in
the statute provided.